IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

PHILMAR DAIRY, LLC; ARCH DIAMOND, LLC;
MOONSTONE DAIRY, LLC; and HENDRIKA
DAIRY, LLC,

    Plaintiffs/Counter-Defendants,

v.                                     No. 2:18-cv-00530-SMV-KRS

ARMSTRONG FARMS and RANDY
ARMSTRONG,

    Defendants/Counterclaimants.

**ORDER EXTENDING DEADLINE FOR DEFENDANTS' MOTION TO COMPEL**

**THIS MATTER** comes before the Court on Defendants' Unopposed Motion to Extend Deadline for Defendants' Motion to Compel filed November 2, 2018 (Doc. No. 26) ("Motion"). The Court reviewed the Motion and finds there is good cause to grant it.

**IT IS ORDERED** that:

Defendants may file a motion to compel on or before November 9, 2018.

                                                     _____
                                                     HON. KEVIN R. SWEAZEA
                                                     UNITED STATES MAGISTRATE JUDGE

Submitted by:

/s/  Charles K. Purcell
Charles K. Purcell
Brian P. Brack
Attorneys for Defendants


Approved by:

/s/  Patrick J. Griebel
Patrick J. Griebel
Attorney for Plaintiffs