**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

PHILMAR DAIRY, LLC; ARCH DIAMOND, LLC;
MOONSTONE DAIRY, LLC; and HENDRIKA
DAIRY, LLC,

                Plaintiffs/Counter-Defendants,

v.                                               2:18-CV-00530-SMV-KRS

ARMSTRONG FARMS and RANDY
ARMSTRONG,

                Defendants/Counterclaimants.

**ORDER GRANTING UNOPPOSED MOTION
TO EXTEND EXPERT WITNESS DISCLOSURE DEADLINES**

     THIS MATTER, having come before the court on Plaintiffs' Unopposed Motion to Extend Expert Witness Disclosure Deadlines, finds that the Motion is well-taken and shall be granted.

     WHEREFORE, it is hereby ordered that Plaintiffs' expert witness disclosure deadline shall be extended until December 21, 2018; and that Defendants' expert witness disclosure deadline shall be extended until January 21, 2019.

     IT IS SO ORDERED.

                                                              _____
                                                             KEVIN R. SWEAZEA
                                                             UNITED STATES MAGISTRATE JUDGE