IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

PHILMAR DAIRY, LLC, ARCH
DIAMOND, LLC, MOONSTONE
DAIRY, LLC, and HENDRIKA DAIRY,
LLC,

       Plaintiff/Counter-Defendants,

v.                                    No. 2:18-cv-00530-SMV-KRS

ARMSTRONG FARMS and RANDY
ARMSTRONG,

       Defendants/Counterclaimants.

## ORDER GRANTING IN PART DEFENDANTS' AMENDED MOTION TO COMPEL AND DIRECTING PARTIES TO SUBMIT A FORM OF PROTECTIVE ORDER

**THIS MATTER** comes before the Court on Defendants' amended motion to compel discovery responses. (Doc 35). The Court heard oral argument on the motion on December 20, 2018. After hearing from the parties and having reviewed the parties' submissions, the Court granted the motion in part as stated on the record.

**IT IS, THEREFORE, ORDERED** that Defendants' amended motion to compel discovery responses (Doc. 35) is **GRANTED** in part for the reasons stated on the record.

**IT IS FURTHER ORDERED** that Plaintiffs shall supplement their response to Request for Production 3 to include any security agreement in effect during 2017.

**IT IS FURTHER ORDERED** that Plaintiffs shall supplement their responses to Requests for Production 4 and 5 to include all balance sheets for the years 2016 and 2017.

**IT IS FURTHER ORDERED** that Plaintiffs shall supplement their response to Request for Production 6 to include all inventory sheets for the year 2014.

**IT IS FURTHER ORDERED** that on or before **January 7, 2019**, Plaintiffs provide to the Court an agreed upon form or protective order that covers all financial documents and/or other business records already produced, to be produced as part of this Order, and that may be produced in the future in this proceeding. If the parties cannot agree upon a form of order, then on or before **January 7, 2019**, the parties shall submit to the Court their respective versions of a protective order for the Court's consideration.

**IT IS FURTHER ORDERED** that Plaintiffs shall supplement their responses as set forth above within seven days after the Court enters a protective order.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE