# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

PHILMAR DAIRY, LLC, ARCH
DIAMOND, LLC, MOONSTONE
DAIRY, LLC, and HENDRIKA DAIRY,
LLC,

      Plaintiff/Counter-Defendants,

v.                                                                                 No. 2:18-cv-00530-SMV-KRS

ARMSTRONG FARMS and RANDY
ARMSTRONG,

      Defendants/Counterclaimants.

## ORDER GRANTING IN PART PLAINTIFFS' MOTION TO COMPEL

**THIS MATTER** comes before the Court on Plaintiffs' motion to compel discovery responses. (Doc 39). The Court heard oral argument on the motion on January 24, 2019. After hearing from the parties and having reviewed the parties' submissions, the Court granted the motion in part as stated on the record.

**IT IS, THEREFORE, ORDERED** that Plaintiffs' motion to compel discovery (Doc. 39) is **GRANTED** in part for the reasons stated on the record.

**IT IS FURTHER ORDERED** that, on or before **February 6, 2019**, Defendants shall supplement their responses to Request for Production 3, Request for Production 4 for the years 2017 and 2018, and Request for Production 17 for the period from July 1, 2017 through March 31, 2018, as requested by Plaintiffs.

**IT IS FURTHER ORDERED** that, on or before **February 6, 2019**, Defendants shall supplement their response to Interrogatory 21 for the years 2017 and 2018 as requested by Plaintiffs.

**IT IS FURTHER ORDERED** that Defendants shall produce the requested financial records for both Armstrong Farms and Mr. Armstrong subject to defense counsel willingness to certify to the Court that Mr. Armstrong's personal bank accounts do not reflect any farm-related business transactions.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE