IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

PHILMAR DAIRY, LLC; ARCH DIAMOND, LLC;
MOONSTONE DAIRY, LLC; and HENDRIKA
DAIRY, LLC,

    Plaintiffs/Counter-Defendants,

v.                                                    No. 2:18-cv-00530-SMV-KRS

ARMSTRONG FARMS and RANDY
ARMSTRONG,

    Defendants/Counterclaimants.

## STIPULATED ORDER EXTENDING CERTAIN DEADLINES
## SET FORTH IN SCHEDULING ORDER AND VACATING CURRENT ORDER
## SETTING SETTLEMENT CONFERENCE

**THIS MATTER** comes before the Court on the parties' joint motion to extend certain deadlines and vacate the settlement conference (Docs. 74 & 75), and being otherwise advised,

**IT IS, THEREFORE, ORDERED** the following deadlines set forth in the Court's Scheduling Order [Doc. 20] are hereby amended:

(h) Termination of discovery: from February 12, 2019 to **April 1, 2019**;

(i) Motions relating to discovery: from February 20, 2019 to **April 15, 2019**;

(j) All other motions: from **March 13, 2019** to **May 1, 2019**;

(k) Pretrial order: Plaintiff to Defendant by: from May 20, 2019 to **June 21, 2019**;

        Defendant to Court by: from May 28, 2019 to **June 28, 2019**.

**IT IS FURTHER ORDERED** that the settlement conference set for March 5, 2019, and the corresponding deadlines set forth in the Order Setting Settlement Conference (Doc. 21) are hereby vacated and will be rescheduled after the telephonic status conference between the Court

and the parties' counsel on **March 5, 2019 at 10:00 a.m**. The parties shall connect to the proceedings by calling (888) 398-2342 and entering access code 8193818.

*[signature: Kevin Sweazea]*
_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE