### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW MEXICO

PHILMAR DAIRY, LLC; ARCH DIAMOND, LLC;
MOONSTONE DAIRY, LLC; and HENDRIKA
DAIRY, LLC,

                Plaintiffs/Counter-Defendants,

v.                                           2:18-CV-00530-SMV-KRS

ARMSTRONG FARMS and RANDY
ARMSTRONG,

                Defendants/Counterclaimants.

### STIPULATED ORDER GRANTING JOINT MOTION TO ALLOW
### LIMITED REOPENING OF DISCOVERY

THIS MATTER, having come before the court on the Parties *Joint Motion to Allow Limited Reopening of Discovery* [Doc 93], finds that the Motion is well-taken and shall be granted.

WHEREFORE, it is hereby ordered that the discovery deadline of **April 1, 2019**, is extended to **May 10, 2019**.

IT IS SO ORDERED.

_____
Kevin R. Sweazea
United States Magistrate Judge