# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

PHILMAR DAIRY, LLC; ARCH DIAMOND, LLC;
MOONSTONE DAIRY, LLC; and HENDRIKA
DAIRY, LLC,

                    Plaintiffs/Counter-Defendants,

v.                                                       2:18-CV-00530-SMV-KRS

ARMSTRONG FARMS and RANDY
ARMSTRONG,

                      Defendants/Counterclaimants.

## ORDER GRANTING PART JOINT MOTION TO EXTEND AND EXTENDING CERTAIN DEADLINES

**THIS MATTER** comes before the Court on the parties' joint motion to extend certain deadlines. (Doc. 108). The Court has considered the parties' submission and concludes there is good cause to do so as modified below.

**IT IS, THEREFORE, ORDERED** the parties joint motion (Doc 108) is **GRANTED** and following deadlines set forth in Documents 70 and 78 are amended as follows:

(a) Document 70's motions-in-limine deadline is now July 8, 2019;

(b) Document 78's motions deadline is now May 1, 2019, except for *Daubert* motions which shall be filed on or before May 20, 2019. Depending on its ruling on pending motions, the Court may extend the *Daubert* motions and discovery deadlines further.

                                                       KEVIN R. SWEAZEA
                                                       UNITED STATES MAGISTRATE JUDGE