IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

PHILMAR DAIRY, LLC; ARCH DIAMOND, LLC; MOONSTONE DAIRY, LLC; and HENDRIKA DAIRY, LLC,

    Plaintiffs/Counter-Defendants,

v.                                               No. 2:18-cv-00530-SMV-KRS

ARMSTRONG FARMS and RANDY ARMSTRONG,

    Defendants/Counterclaimants.

## ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW AS COUNSEL

THIS MATTER comes before the Court on the Unopposed Motion to Withdraw as Counsel (Doc. 132). The Court being fully advised and noting that Defendants consent to the withdrawal, FINDS that the Motion is well-taken and should be granted.

**IT IS ORDERED** that the Motion is granted and The Law Offices of Patrick C. Simek, P.C., is hereby withdrawn as counsel of record for the Defendants in this matter.

_____
**KEVIN R. SWEAZEA**
**United States Magistrate Judge**