# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

PHILMAR DAIRY, LLC; ARCH DIAMOND, LLC;
MOONSTONE DAIRY, LLC; and HENDRIKA
DAIRY, LLC,

                        Plaintiffs/Counter-Defendants,

v.                                                       2:18-CV-00530-SMV-KRS

ARMSTRONG FARMS and RANDY
ARMSTRONG,

                        Defendants/Counterclaimants.

## STIPULATED ORDER GRANTING UNOPPOSED MOTION
## TO EXTEND CERTAIN DEADLINES

THIS MATTER, having come before the court on Plaintiffs' unopposed motion to extend for four days (from July 8, 2019 to July 12, 2019) the deadlines for filing (a). objections to exhibits, witnesses, designations of deposition testimony, proposed verdict forms, the statement of the case, proposed jury instructions, and proposed *voir dire* questions [Doc.70]; and (b). motions in limine [Doc 110], the Court finds that the Motion is well-taken and shall be granted. All counsel have consulted on this Order and agree to its entry.

WHEREFORE, it is hereby ordered that the deadlines for filing (a). objections to exhibits, witnesses, designations of deposition testimony, proposed verdict forms, the statement of the case, proposed jury instructions, and proposed voir dire questions [Doc.70]; and (b). motions in limine [Doc 110] are hereby extended until **July 12, 2019**.

IT IS SO ORDERED.

                                                                 Stephan M. Vidmar
                                                                  United States Magistrate Judge

*Prepared on June 19, 2019 by:*

MARRS GRIEBEL LAW, LTD

By: /s/ Patrick J. Griebel
Patrick Griebel
1000 Gold Ave SW
Albuquerque, NM 87102
(505) 433-3926
*Attorneys for Plaintiffs/Counter-Defendants*


*Approved on June 19, 2019 by:*


RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By: __approved by email___
Charles K. Purcell
P.O. Box 1888
Albuquerque, NM 87103
(505) 765-5900
kpurcell@rodey.com
DIXON SCHOLL CARILLO, P.A.

Brian Brack
Dixon Scholl Carillo, P.A.
6700 Jefferson NE, Bldg. B, Suite 1
Albuquerque, NM 87109
(505) 244-3890 Telephone
bbrack@dsc-law.com

*Attorneys for Defendants*